**UNITED STATES of America,**
**Appellee,**

v.

**Cecil Eugene SCHULTZ, Sr., Appellant.**

No. 05–1866.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 19, 2005.

Decided: Dec. 21, 2005.

Patrick C. Harris, U.S. Attorney's Office, Little Rock, AR, for Appellee.

E. Alvin Schay, Little Rock, AR, Cecil Eugene Schultz, Sr., Dennard, AR, for Appellant.

* The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Cecil Eugene Schultz, Sr. appeals the 120–month sentence the district court* imposed after Schultz pleaded guilty to a drug-conspiracy charge. Shultz argues an evidentiary hearing is necessary to determine if his coconspirators had indeed pleaded guilty when the government denied him an opportunity to earn a substantial-assistance reduction by providing information. We conclude Schultz failed to make a substantial threshold showing that the government's refusal was "irrational, in bad faith, or based on an unconstitutional motive." *See United States v. Davis*, 397 F.3d 672, 676 (8th Cir.2005) (per curiam) (quoting *United States v. Licona–Lopez*, 163 F.3d 1040, 1042 (1998)). Accordingly, we affirm.